1   PHILLIP J. GRIEGO, ESQ. (76616)
    RUTGER J. HEYMANN, ESQ. (212549
2   ROBERT E. NUDDLEMAN, ESQ. (190269)
    PHILIP J. GRIEGO & ASSOCIATES
3   95 SOUTH MARKET STREET, # 520
    SAN JOSE, CA  95113
4   TELEPHONE:  (408) 293-6341
    FACSIMILE:  (408) 293-1959
5

6   Attorney for Defendants Crew Maintenance Services, Inc.; Annamaria Cerros; Jose
    Cerros; Luis Cerros
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  MARVIN MALDONADO; ALL              )  CASE NUMBER: C 0903463 JF
    PERSONS SIMILARLY SITUATED,        )
13                                     )  [PROPOSED] ORDER AUTHORIZING
             Plaintiffs,               )  WITHDRAWAL OF COUNSEL
14                                     )
    vs.                                )
15                                     )
    CREW MAINTENANCE SERVICES,         )
16  INC.; ANNAMARIA CERROS; JOSE       )  Date: APRIL 23, 2010
    CERROS; LUIS CERROS,               )  Time: 9:00 A.M.
17                                     )  Court: SAN JOSE
             Defendant(s).             )  Trial Date: TBA
18                                     )
                                       )
19  _____   )
    //

20        [PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

21        On April 23, 2010, the motion of Phillip J. Griego to withdraw as counsel of

22  record for Annamaria Ceros, Jose Cerros and Luis Cerros (individually) and Annamaria

23  Cerros, Jose Cerros and Luis Cerros on behalf of Crew Maintenance Services, Inc., was

24  submitted.  The court finds that due notice of the motion was given to Annamaria Ceros,

25  Jose Ceros and Luis Cerros (individually) and Annamaria Ceros, Jose Ceros and Luis

26  Cerros on behalf of Crew Maintenance Services, Inc., and that due notice was given to the

27  remaining parties in the action.

    C0903463 - Maldonado v. Crew Maintenance: Proposed Order Motion to Withdraw as
    Counsel                                                                        1

1    The court considered the papers and arguments made by all parties on this motion

2    and the court is of the opinion that the motion is well taken. Therefore,

3    IT IS ORDERED that:

4    1.  The motion is GRANTED;

5    2.  Phillip J. Griego, Esq. shall be allowed to withdraw as council for Annamaria

6        Ceros, Jose Ceros and Luis Cerros (individually) and Annamaria Ceros, Jose

7        Ceros and Luis Cerros on behalf of Crew Maintenance Services, Inc., and that

8        he is no longer counsel of record for any defendant.

9    3.  IT IS HEREBY FURTHER ORDERED, that each individual defendant

10       Annamaria Ceros, Jose Ceros and Luis Cerros shall be substituted in his place

11       and each individual defendant to act as their own attorney in propria persona.

12   4.  All further notices to defendants may be served on Annamaria Ceros, Jose

13       Ceros and Luis Cerros (individually) and Annamaria Ceros, Jose Ceros and

14       Luis Cerros on behalf of Crew Maintenance Services, Inc. at 905 Apricot

15       Avenue, #E, Campbell, CA  95008 and contacted by telephone at 408-590-

16       0331.

17   5.  Annamaria Ceros, Jose Ceros and Luis Cerros (individually) and Annamaria

18       Ceros, Jose Ceros and Luis Cerros on behalf of Crew Maintenance Services,

19       Inc. are ordered to give notice, in writing, to all parties and to the court of any

20       change of address or telephone number.

21   6.  Any further proceedings or actions which Defendants are required to take in

22       this action, including, but not limited to, filing a responsive pleading to the

23       Complaint, responding to propounded discovery, and/or filing or responding to

24       any motion shall be stayed for thirty days from service of notice of this order.

25   7.  A further Joint Case Management Conference shall be scheduled for sixty

26       days from the date of this order.

27

C0903463 - Maldonado v. Crew Maintenance: ~~Proposed~~ Order Motion to Withdraw as Counsel                                                                                    2

1    SO ORDERED.

2    Dated April 23_____ , 2010

3    _____

4    HONORABLE JEREMY FOGEL
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27