UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN MALDONADO,<br><br>   Plaintiff,<br><br> v.<br><br>CREW MAINTENANCE SERVICES, INC., et al.,<br><br>   Defendants. | Case No.: 09-CV-03463-LHK<br><br>ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES<br><br>(re: dockets #34-37) |

  Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to randomly reassign this case to a United States Magistrate Judge for all purposes. The Court terminates all previously scheduled deadlines, hearings, and motions.

**IT IS SO ORDERED.**

Dated: September 13, 2010

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge