**United States District Court**
For the Northern District of California

1  **\*\* E-filed November 29, 2010 \*\***

2

3

4

5

6

7  NOT FOR CITATION

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  MARVIN MALDONADO,                               No. C09-03463 HRL

12        Plaintiff,                          **ORDER SETTING STATUS
                                            CONFERENCE**

13        v.

14  CREW MAINTENANCE SERVICES, INC.,
    et al.,

15

16        Defendants.
    _____/

17        Due to the reassignment of this action to the undersigned, a status conference has been set

18  for **January 18, 2011 at 1:30 p.m.** in Courtroom 2, Fifth Floor, United States District Court, 280

19  South First Street, San Jose, California, 95113.  The parties shall file a Joint Status Conference

20  Statement no later than **January 11, 2011**.

21        **IT IS SO ORDERED.**

22  Dated: November 29, 2010

23  _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California

1 | **C09-03463 HRL** **Notice will be electronically mailed to:**

2 | Robert David Baker     attyatlaw@earthlink.net

3 | **5:09-cv-03463-HRL Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

4 |

5 | Crew Maintenance Services, Inc.
905 Apricot Avenue, #E
Campbell, CA 95008

6 |

7 | Anna Maria Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

8 |

9 | Jose Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

10 |

11 | Luis Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

12 |

13 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28