**\*\* E-filed January 19, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>CREW MAINTENANCE SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C09-03463 HRL<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE AND TO SHOW CAUSE** |

As clearly indicated in the Court's order of November 29, 2010 (Docket No. 39), a status conference was to take place on January 18, 2011 at 1:30 p.m. in Courtroom 2, Fifth Floor, San Jose, California. Neither Plaintiff nor Defendants, however, appeared at this conference. Accordingly, the Court now sets yet another status conference, which will take place on March 1, 2011 at 1:30 p.m. at the same location as noted above. The parties shall file a joint status conference statement no later than February 22, 2011.

The Court further ORDERS (1) that Plaintiff show cause at the March 1 status conference why the case should not be dismissed for failure to prosecute, and (2) that — if the case is not dismissed — both Plaintiff and Defendants show cause why they should not be sanctioned for their failure to attend the January 18 status conference.

1     **IT IS SO ORDERED.**

2     Dated: January 19, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C09-03463 HRL Notice will be electronically mailed to:**

2 Robert David Baker     attyatlaw@earthlink.net

3 **Notice will be provided by other means to:**

4 Crew Maintenance Services, Inc.
905 Apricot Avenue, #E
5 Campbell, CA 95008

6 Anna Maria Cerros
905 Apricot Avenue, #E
7 Campbell, CA 95008

8 Jose Cerros
905 Apricot Avenue, #E
9 Campbell, CA 95008

10 Luis Cerros
905 Apricot Avenue, #E
11 Campbell, CA 95008

12 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3