**\*\* E-filed February 6, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN MADONADO,<br><br>　　　　Plaintiff,<br>　v.<br><br>CREW MAINTENANCE SERVICES, INC.;<br>et al.,<br><br>　　　　Defendants.<br>_____/ | No. C09-03463 HRL<br><br>**ORDER TO SHOW CAUSE RE:<br>SETTLEMENT** |

The court is informed that the parties have reached a settlement. Accordingly, the pretrial conference, jury trial, and any other pending case management deadlines have been vacated. In addition, all relief sought in the pending Discovery Dispute Joint Report is hereby DENIED as moot. See Dkt. No. 73.

All parties shall appear on **March 13, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **March 6, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

1  Dated: February 6, 2012

2  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**C09-03463 HRL** N**otice will be electronically mailed to:**

Robert David Baker          attyatlaw@earthlink.net

**Notice will be mailed to:**

Crew Maintenance Services, Inc.
905 Apricot Avenue, #E
Campbell, CA 95008

Anna Maria Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

Jose Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

Luis Cerros
905 Apricot Avenue, #E
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**